BTXN 105a (rev. 09/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Williams Financial Group, Inc., et al.,

     Plaintiff(s)

§ § § § § § § § §

Case No.: 17-33578

Adversary No.:

v.

     Defendant(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Krosschell, Stephen C.**
      *Last*     *First*     *MI*

2. Firm Name: **Goodman & Nekvasil, P.A.**

3. Address: **14020 Roosevelt Blvd., Suite 808**
       **P.O. Box 17709**
       **Clearwater, FL 33762**

4. Phone: **727-524-8486**  FAX: **727-524-8786**

   Email: **gnmain@gnfirm.com**

5. Name used to sign *all* pleadings: **Stephen Krosschell**

6. Retained by: **See attached Exhibit A**

7. Admitted on **October 1982** and presently a member in good standing of the bar of the highest court of the state of **Florida** and issued the bar license number of **0351199**.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | See attached Exhibit B | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | 2/5/16 | 15-40289-rfn11 In re Life Partners Holdings, Inc. |
    | | |
    | | |

13. Local counsel of record: Susan B. Hersh

14. Local counsel's address: 12770 Coit Road, Suite 1100
    Dallas, TX 75251-1329

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Stephen Krosschell   
Printed Name of Applicant

11/21/17   
Date

*[signature]*   
Signature of Applicant

# EXHIBIT A

Lewis B. Abronski
Sharon L. Agapos
Gregory A. Ames
Darin R. Arnold
Donald C. Barnes
Judith B. Barnes
Anthony R. Beard
Jennifer W. Bender
Thomas W. Bender, III
Angela K. Beverly
Richard E. Beverly
Dolphus Broxton
Anthony J. Caminiti
Livingston M. Coate
Rebecca A. Coate
Michael S. Coleman
Robin R. Coleman
Randy Couture
Patrick V. Daily
Ebba Kerstin E. Dampier
Theodore E. Dampier
James B. Donaghey, II
Catherine L. Druhan
Joseph M. Druhan
Thomas L. Egbert
Heather A. Fadden
Thomas N. Fadden
Gary W. Garner
Susan H. Hamilton
Andrew J. Howard
Curtis W. Huffman
Lori Hutchinson
Anton H. Jensen
Lacie J. Jensen
David Jensen
John V. Jones, Jr.
Keith Keppen
George S. Lee, Jr.
Glenda J. Lee
William M. March
Brent W. McMillan
Natalie A. McMillan

Alan B. Melton
Kimberly W. Melton
Jere J. Miller
Laurie Miller
Michael Craig Miller
Raymond W. Miller
David G. Myrick
Martin B. Myrick
Terri W. Myrick
Ronald J. Ori
H. Cliff Pitman
Joan C. Pitman
Gregory L. Prescott
Susan N. Rosson
Timothy E. Rosson
Bertram L. Sanders, II
Gary H. Schack
Chris D. Stewart
Evie L. Stewart
James R. Stinebaugh
William E. Stitt
Gregory E. Strachan
William H. Stuart
Amy D. Stubler
Daniel K. Stubler
Philip L. Taber
Thomas S. Walters
Cyrrena Welch
Terry E. Welch
Lundy P. Wilder

# EXHIBIT B

| Date Admitted | State/Court | Status |
|---|---|---|
| October 1982 | State Courts of Florida | Active |
| August 5, 1994 | U.S. Dist. Ct. Middle District of Florida | Active |
| January 1, 1988 | U.S. Supreme Court | Active |
| September 9, 1996 | U.S. Dist. Ct. Northern District of Florida | Active |
| September 17, 1996 | U.S. Dist. Ct. Southern District of Florida | Active |
| July 10, 1997 | U.S. Eleventh Circuit Court of Appeals | Active |
| April 2014 | U.S. Dist. Ct. District of Arizona | Active |
| October 2014 | U.S. Dist. Ct. Eastern District of New York | Active |
| October 14, 2016 | U.S. Fifth Circuit Court of Appeals | Active |