

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 9, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WILLIAMS FINANCIAL | § | Case No. 17-33578-HDH |
| GROUP, INC., *et al.*[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE

On this date, came on to be considered the Motion to Approve Compromise (the "Motion") filed by Williams Financial Group, Inc. *et al.* (the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 bankruptcy cases (the "Cases"). The Court finds and as follows:

i.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. The matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The Court has the authority to grant the requested relief pursuant to 11 U.S.C. § 502 and Federal Rule of Bankruptcy Procedure 9019.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Williams Financial Group, Inc. (8972); WFG Management Services, Inc. (7450); WFG Investments, Inc. (7860) and WFG Advisors, LP (9863). The address for all the Debtors is 2711 N. Haskell Ave., Suite 2900, Dallas, TX 75204.

- 1 -

43342115;2

ii.     The Court finds that, because of (a) the probability of success in any litigation with due consideration for uncertainty of fact and law; (b) the complexity and likely duration of any litigation and any attendant expenses, inconvenience and delay; and (c) all other factors bearing on the wisdom of the compromise, the Orr Agreement[2] as proposed is fair and reasonable and is in the best interest of the bankruptcy estate and its creditors and should be approved by the Court.  It is therefore;

ORDERED that the Motion is approved; it is further

ORDERED that the Debtors are authorized to enter into and effectuate the Orr Agreement in its entirety; it is further

ORDERED that the Orr Agreement is approved in its entirety and binds the parties thereto as stated therein; it is further

ORDERED that Michael G. Orr and Leslie L. Orr (the "Orrs") shall together have one allowed general non-priority unsecured claim in the amount of $220,000 (the "Allowed Claim") against the bankruptcy estate of WFG Investments, Inc. ("WFGI"); it is further

ORDERED that within three (3) business days of the entry of this Order, the Orrs shall submit to FINRA a notice of dismissal with prejudice of all claims against WFGI.

### END OF ORDER ###

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 3 -

PREPARED AND SUBMITTED BY

AKERMAN LLP

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
Scott D. Lawrence, SBN: 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:    (214) 720-4300
Facsimile:     (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com
scott.lawrence@akerman.com

and

Esther A. McKean (Admitted *Pro Hac Vice*)
Florida Bar No. 28124
Post Office Box 231
Orlando, FL 32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610
esther.mckean@akerman.com

COUNSEL FOR
DEBTORS AND DEBTORS-IN-POSSESSION

43342115;2