

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 9, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WILLIAMS FINANCIAL | § | Case No. 17-33578-HDH |
| GROUP, INC., *et al.* [1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

### ORDER DENYING ARBITRATION CREDITORS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO COMPEL ARBITRATION

Upon the Motion (the "<u>Motion</u>")[2] of Arbitration Creditors[3], for entry of an order granting relief from the automatic stay and to compel arbitration; and the Court having considered the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Williams Financial Group, Inc. (8972); WFG Management Services, Inc. (7450); WFG Investments, Inc. (7860) and WFG Advisors, LP (9863). The address for all the Debtors is 2711 N. Haskell Ave., Suite 2900, Dallas, TX 75204.

[2] Defined terms from the Motion are incorporated by reference herein.

[3] The Arbitration Creditors are: Lewis B. Abronski, Individually and as Trustee of the Third Amended and Restated Revocable Living Trust Agreement Dated 9/18/14, Sharon L. Agapos, Individually and as Trustee of the Agapos Living Trust, Gregory A. Ames, Darin R. Arnold, Donald C. Barnes, Judith B. Barnes, Anthony R. Beard, Jennifer W. Bender, Thomas W. Bender, III, Angela K. Beverly, Richard E. Beverly, Dolphus Broxton, Anthony J. Caminiti, Livingston M. Coate, Rebecca A. Coate, Michael S. Coleman, Robin R. Coleman, Randy Couture, Patrick V. Daily,

43878914;1

2

Motion for Relief from Stay and to Compel Arbitration (ECF Nos. 239; 254) and the Court having considered the Debtors' response to the Motion for Relief from Stay and to Compel Arbitration (ECF No. 279), based upon the findings and conclusions made on the record at the hearing, it is hereby ORDERED that:

1. The Motion is DENIED without prejudice.

2. The Arbitration Claimants may file a motion seeking relief from stay after a period of sixty (60) days from the date of this Order.

3. The parties shall confer regarding consolidation of the arbitrations.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

5. All relief not expressly granted in this Order is denied.

### ### END OF ORDER ###

---

Ebba Kerstin E. Dampier, Theodore E. Dampier, James B. Donaghey, II, Catherine L. Druhan, Joseph M. Druhan, Thomas L. Egbert, Heather A. Fadden, Thomas N. Fadden, Gary W. Garner, Susan H. Hamilton, Andrew J. Howard, Curtis W. Huffman, Lori Hutchinson, Anton H. Jensen, David Jensen, Lacie J. Jensen, John V. Jones, Jr., Keith Keppen, George S. Lee, Jr., Glenda J. Lee, William M. March, Brent W. McMillan, Natalie A. McMillan, Alan B. Melton, Kimberly W. Melton, Jere J. Miller, Laurie Miller, Michael Craig Miller, Raymond W. Miller, David G. Myrick, Martin B. Myrick, Terri W. Myrick, Ronald J. Ori, H. Cliff Pitman, Joan C. Pitman, Gregory L. Prescott, Susan N. Rosson, Timothy E. Rosson, Bertram L. Sanders, II, Gary H. Schack, Chris D. Stewart, Evie L. Stewart, James R. Stinebaugh, William E. Stitt, Gregory E. Strachan, William H. Stuart, Amy D. Stubler, Daniel K. Stubler, Philip L. Taber, Thomas S. Walters, Cyrrena Welch, Terry E. Welch, and Lundy P. Wilder.

43878914;1

PREPARED AND SUBMITTED BY

AKERMAN LLP

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
Scott D. Lawrence, SBN: 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com
scott.lawrence@akerman.com

and

Esther A. McKean (Admitted *Pro Hac Vice*)
Florida Bar No. 28124
Post Office Box 231
Orlando, FL 32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610
esther.mckean@akerman.com

COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

43878914;1