

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 20, 2018

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| **WILLIAMS FINANCIAL, GROUP, et al.**[1] | § | |
| | § | Case No. 17-33578-HDH |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## ORDER ON OMNIBUS OBJECTION TO CLAIMS

CAME ON FOR CONSIDERATION the *Omnibus Objection to Claims* ("**Objections**") [Docket No. 646] filed herein by Dennis Faulkner, the duly appointed Liquidating Trustee (the "**Trustee**") in the above-captioned administratively consolidated cases ("**Bankruptcy Cases**"); and the Court, having considered the Objections, the record in the case and the representations of counsel for the Trustee, hereby finds that (i) due and proper notice of the Objections, and the scheduled hearing thereon, was provided by the Trustee to all effected claimants, (ii) no claimant filed a response to the Objections or otherwise appeared at the scheduled hearing, and (iii) good and sufficient cause exists for granting the relief requested in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Williams Financial Group, Inc. (8972); WFG Management Services, Inc. (7450); WFG Investments, Inc. (7860) and WFG Advisors, LP (9863).

1

Objections on the grounds as stated in the Objections; accordingly, it is therefore,

ORDERED that the Objections shall be, and hereby are, granted with respect to the claims, amounts and proposed treatment for the "Commission Claims" (as defined in the Objections) as set forth on **Exhibit A** hereto; it is further,

ORDERED that the Objections shall be, and hereby are, granted with respect to the claims, amounts and proposed treatment for the other designated general unsecured claims as set forth on **Exhibit B** hereto; it is further,

ORDERED that the Trustee may, but is not required to, amend any schedules filed in the Bankruptcy Cases to reflect the Court's ruling; otherwise, this Order fixes the allowed amount of the claims as set forth in **Exhibits A and B** for purposes of distributions on a *pro rata* basis with all other similarly situated claimants from the respective Debtor's estate.

ORDERED that the Trustee is authorized to make payment on any unpaid priority claims identified in **Exhibit A** hereto as allowed claims.

##### END OF ORDER #####

Submitted by:

Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Telephone: (214) 579-9173
E-mail: jmarshall@MarshallLaw.net

Attorney for Dennis Faulkner,
Liquidating Trustee

**EXHIBIT A**
COMMISSION CLAIMS
WFG INVESTMENTS, INC.

| CLAIMANT | SCHEDULED AMOUNT | PROOF OF CLAIM FILED | AMOUNT PAID | RESULTING PRIORITY CLAIM AMOUNT ** | RESULTING GENERAL UNSECURED CLAIM ** |
|---|---|---|---|---|---|
| ROBERT (TOM) ARMSTRONG | $252.15 | | $252.15 | $0.00 | $0.00 |
| MICK (MAX) ATEN | $2,418.94 | | $2,418.94 | $0.00 | $0.00 |
| DON AVANT | $189.39 | | $189.39 | $0.00 | $0.00 |
| CHAD BARBER | $458.03 | | $458.03 | $0.00 | $0.00 |
| BRIAN BEAN | $1,031.78 | | $1,031.78 | $0.00 | $0.00 |
| KARINE BEARD | $40.82 | | $40.82 | $0.00 | $0.00 |
| C. DALE BOUSHLEY | $367.09 | | $367.09 | $0.00 | $0.00 |
| STEPHEN BOUSLOG | $365.25 | | $365.25 | $0.00 | $0.00 |
| KAREN MCQUEARY CAMPBELL | $11.00 | | $11.00 | $0.00 | $0.00 |
| BRUCE CARLSON | $81.08 | | $81.08 | $0.00 | $0.00 |
| JEFF CASEY | $1,553.31 | | $1,553.31 | $0.00 | $0.00 |
| NANCY HUGHES COE | $379.27 | | $379.27 | $0.00 | $0.00 |
| BERT COOPER | $3,250.73 | | $3,250.73 | $0.00 | $0.00 |
| JOSH COOPER | $47.98 | | $47.98 | $0.00 | $0.00 |
| EPHIMIA COUMANAKOS | $2,300.51 | | $2,300.51 | $0.00 | $0.00 |
| RANDALL SCOTT COVINGTON | $10.28 | | $10.28 | $0.00 | $0.00 |
| JEFFREY DOEDEN | $33.59 | | $33.59 | $0.00 | $0.00 |
| THOMAS DORAN | $4,340.59 | | $4,340.59 | $0.00 | $0.00 |
| DAVID DROPPO | $9.98 | | $9.98 | $0.00 | $0.00 |
| DAN EICHINGER | $1,333.81 | | $1,333.81 | $0.00 | $0.00 |
| KENNETH (KEN) EVANGELISTA | $1,721.28 | | $1,721.28 | $0.00 | $0.00 |
| MARILYN EVANS | $20.97 | | $20.97 | $0.00 | $0.00 |
| STEVE FELIX | $14,304.00 | | $12,850.00 | $0.00 | $1,454.00 |
| JON FLETCHER | $112.14 | | $112.14 | $0.00 | $0.00 |
| RICHARD (RICK) FORD | $140.63 | | $140.63 | $0.00 | $0.00 |
| EDDIE GHABOUR | $31.46 | | $31.46 | $0.00 | $0.00 |
| JOSEPH GHABOUR | $45.23 | | $45.23 | $0.00 | $0.00 |
| JAMES (JIM) GRAHAM | $278.33 | | $278.33 | $0.00 | $0.00 |
| DAVID HAIRSTON | $3,549.14 | | $3,549.14 | $0.00 | $0.00 |
| SHERRY HARDIN | $845.23 | | $845.23 | $0.00 | $0.00 |
| ERIC HAUSER | $124.45 | | $124.45 | $0.00 | $0.00 |
| CHARLES (C. BART) JOHNSON | $201.65 | | $201.65 | $0.00 | $0.00 |
| MARK KING | $2,766.71 | | $2,766.71 | $0.00 | $0.00 |
| WILLIAM (BILL) KING | $2,442.51 | | $2,442.51 | $0.00 | $0.00 |
| BRIAN PATRICK KINNEY | $1,691.13 | | $1,691.13 | $0.00 | $0.00 |
| VICTOR LARSEN | $39.55 | | $39.55 | $0.00 | $0.00 |
| NEAL LEISCH | $1,167.11 | | $1,167.11 | $0.00 | $0.00 |

# EXHIBIT A
## COMMISSION CLAIMS
## WFG INVESTMENTS, INC.

| Name | | | | |
|---|---|---|---|---|
| KATHRYN MARCHWICK | $1,177.18 | | $1,177.18 | $0.00 |
| ANTHONY MAZZALI | $7,203.29 | | $7,203.29 | $0.00 |
| DAVID MCADAMS | $6,790.57 | | $6,790.57 | $0.00 |
| TERRY MCLEMORE | $3,473.60 | | $3,473.60 | $0.00 |
| DONALD MCLEOD | $2,115.11 | | $2,115.11 | $0.00 |
| ROBERT J. MILLER | $431.56 | No. 2 - $5,515.37 Filed against WFGI | $1,014.15 | $4,501.22 |
| ROBERT MULCAHY | $74.13 | | $74.13 | $0.00 |
| JAMES (ERIC) MULLINS | $6,352.62 | | $6,352.62 | $0.00 |
| JACK NICHOLS | $1,906.48 | No. 53 - $1,906.48 Filed against multiple estates | $1,906.48 | $0.00 |
| TODD REUBER | $176.42 | | $176.42 | $0.00 |
| DAVID ROBINSON | $1,622.63 | | $1,622.63 | $0.00 |
| GARY ROLAND RODGERS | $1,364.68 | No. 17 - $13,510.98 Filed against WFG, WFGI and WFGA | $1,431.53 | Allowed Claim: $11,418.47 Against WFGI only; claims against WFG and WFGA denied as duplicative $660.98 |
| DEBRA ROSENTHAL-RITTER | $504.16 | | $504.16 | $0.00 |
| MICHAEL SHERMAN | $487.35 | | $487.35 | $0.00 |
| DAVID SHORT | $13,171.42 | | $12,850.00 | $321.42 |
| RYAN SMITH | $15,189.67 | | $12,850.00 | $2,339.67 |
| KAREN STAY | $703.21 | | $703.21 | $0.00 |
| HEIDI THOMPSON | $15,755.24 | | $12,850.00 | $2,905.24 |
| RICHARD WADE | $21.92 | | $21.92 | $0.00 |
| STEPHEN WALKER | $2,088.01 | | $2,088.01 | $0.00 |
| JOHN WIEDMAIER | $6,138.19 | | $6,138.19 | $0.00 |
| DAVID WILLIAMS | $9.14 | | $9.14 | $0.00 |

** Claims in stated amounts are allowed and to be paid only from the WFGI estate.
To the extent filed or scheduled for other estates, claims are denied as paid, duplicative or asserted against wrong entity

Estate Abbreviations:

WFG - Williams Financial Group, Inc.
WFGI - WFG Investments, Inc.
WFGM - WFG Management, Inc.
WFGA - WFG Advisors, LP

**EXHIBIT B**
**GENERAL UNSECURED CLAIMS**

| CLAIMANT | SCHEDULED AMOUNT | PROOF OF CLAIM FILED | IDENTIFIED DEBTOR BY SCHEDULE OR CLAIM | GROUNDS FOR OBJECTION AND FINAL ALLOWANCE |
|---|---|---|---|---|
| ANDREW MARK KENNEDY | $0.00 | No. 52 - $4,734.56 | Williams Financial Group, Inc. | Proof of Claim was (i) filed untimely on 2/19/18, (ii) asserted against wrong debtor, and (iii) does not provide sufficient documentation to support claim <br><br> Amount Allowed: $0.00 |
| THE MAC HYTKEN TRUST | $0.00 | No. 45 - $50,000.00 | WFG Advisors, Inc. | Proof of Claim has insufficient documentation attached in support of claims <br><br> Amount Allowed: $0.00 |
| THE MAC HYTKEN TRUST | $0.00 | No. 132 - $50,000.00 | WFG Investments, Inc. | Proof of Claim has insufficient documentation attached in support of claims <br><br> Amount Allowed: $0.00 |
| HARTFORD INSURANCE | $0.00 | No. 7 - unliquidated | Williams Financial Group, Inc. | Insurance premiums were paid up and policies have expired <br><br> Allowed Amount: $0.00 |
| ORION ADVISOR SERVICES, LLC | $60,000.00 as unliquidated | No. 8 - $34,935.35 | Williams Financial Group, Inc. - filed claim <br> WFG Advisors, Inc. - scheduled | Agreed Amount and Allocation with Creditor: Amount Allowed: $17,467.68 - Williams Financial Group, Inc. <br><br> Amount Allowed: $0.00 - WFG Advisors, Inc. |
| PROOFPOINT | $40,000.00 | | WFG Management, Inc. | All amounts paid prepetition <br><br> Amount Allowed: $0.00 |
| SECURITIES TRAINING CORPORATION | $275.47 | No. 18 - 1,291.45 | Williams Financial Group, Inc. - filed claim <br> WFG Investments - scheduled | Duplicative claim scheduled against WFGI estate <br><br> Amount Allowed: $0.00 - WFGI <br> Amount Allowed: $1,291.45 - WFG |