**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

## FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILIATION

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

**RESPONSIBLE PARTY:**

Original Signature of Responsible Party

Printed Name of Responsible Party — Dennis Faulkner

Title — Trustee

Date — 1/09/19

**PREPARER:**
Lain, Faulkner & Co., P.C.
Original Signature of Preparer

Printed Name of Preparer — D. Keith Enger

Title — Accountant for Trustee

Date — 1/9/2019

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

**PERIOD COVERED: Quarter Ending December 31, 2018**

|  | Williams Financial Group, Inc. 17-33578 | WFG Management Services 17-33579 | WFG Investments, Inc. 17-33580 | WFG Advisors, LP 17-33581 | TOTAL |
|---|---|---|---|---|---|
| **1. BEGINNING OF PERIOD CASH BALANCE:** |  |  |  |  | **4,192,807.34** |
| **CASH RECEIPTS:** |  |  |  |  |  |
| **CASH RECEIPTS DURING CURRENT QUARTER:** |  |  |  |  |  |
| (a). Cash receipts - from Debtor |  |  |  |  | - |
| (b). Cash receipts - Pre-Confirmation Adjustment |  |  |  |  | - |
| (c). Cash receipts - from sale of assets |  |  | 405,000.00 |  | 405,000.00 |
| (d). Cash receipts - from Commissions |  |  | 31,044.23 | 1,198.17 | 32,242.40 |
| (e). Cash receipts - from refunds | 10.74 | 4,556.83 |  |  | 4,567.57 |
| **2. TOTAL CASH RECEIPTS** | **10.74** | **4,556.83** | **436,044.23** | **1,198.17** | **441,809.97** |
| **CASH DISBURSEMENTS:** |  |  |  |  |  |
| **(A). PAYMENTS MADE UNDER THE PLAN:** |  |  |  |  |  |
| (1). Administrative | 164.08 | (13,577.82) | 613,059.90 | 54,371.07 | 654,017.23 |
| (2). Secured Creditors |  |  |  |  | - |
| (3). Priority Creditors |  |  |  |  | - |
| (4). Unsecured Creditors |  |  |  |  | - |
| (5). Additional Plan Payments |  |  |  |  | - |
| **(B). OTHER PAYMENTS MADE THIS QUARTER:** |  |  |  |  | - |
| (1). General Business |  |  | 172,191.09 | 42,711.36 | 214,902.45 |
| (2). Other Disbursements (U.S. Trustee Fees) | 325.00 | 325.00 | 975.00 | 650.00 | 2,275.00 |
| **3. TOTAL DISBURSEMENTS THIS QUARTER** | **489.08** | **(13,252.82)** | **786,225.99** | **97,732.43** | **871,194.68** |
| **4. CASH BALANCE END OF QUARTER** Line 1 - Plus Line 2 - Minus Line 3 = Line 4 |  |  |  |  | **3,763,422.63** |

# POST CONFIRMATION
# QUARTERLY BANK RECONCILEMENT

## CASE NAME: Williams Financial Group, Inc., et al.

## CASE NUMBER: 17-33578-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending December 31, 2018**

| Bank Reconciliations | | Account # 1 | Account # 2 | Other Accounts | |
|---|---|---|---|---|---|
| A. | Bank | Bank of America | Plains Capital | (Attach List) | |
| B. | Account Number | 5692 | 6239 | | TOTAL |
| C. | Purpose (Type) | Operating | Debtor In Possession | | |
| 1. | Balance Per Bank Statement | 3,789,814.54 | 4,947.03 | 2,124.06 | 3,796,885.63 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | (33,463.00) | | | (33,463.00) |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 3,756,351.54 | 4,947.03 | 2,124.06 | 3,763,422.63 |
| 6. | Number of Last Check Written | 3079 | | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 3,763,422.63 |

| CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|
| Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. Total Cash Investments | | | |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 3,763,422.63 |
|---|---|---|---|
| | | | **** |

****Must tie to Line 4, Quarterly Operating Report

# POST CONFIRMATION QUARTERLY BANK RECONCILEMENT

SUPPLEMENT 1

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending December 31, 2018**

| | Bank Reconciliations | Account # 3 | Account # 4 | Account # 5 | |
|---|---|---|---|---|---|
| A. | Bank | Plains Capital | Plains Capital | Plains Capital | |
| B. | Account Number | 6197 | 6148 | 7900 | **TOTAL** |
| C. | Purpose (Type) | Debtor In Possession | Debtor In Possession | Debtor In Possession | |
| 1. | Balance Per Bank Statement | 2,124.06 | - | | 2,124.06 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | | | |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 2,124.06 | - | - | 2,124.06 |
| 6. | Number of Last Check Written | | | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 2,124.06 |

| | CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | Total Cash Investments | | | |
| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | - **** |

****Must tie to Line 4, Quarterly Operating Report

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT (FOOTNOTES)

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

**Quarter Ending: December 31, 2018**

**FOOTNOTES**

On June 19, 2018, the Court entered its Order Confirming Plan of Liquidation (the "Confirmation Order") for Williams Financial Group, Inc. (Case #17-33578), WFG Management Services, Inc. (Case #17-33579), WFG Investments, Inc. (Case #17-33580), and WFG Advisors LP (Case #17-33581). The Confirmation Order created the WFG Liquidating Trust (the "Trust") to wrap up the remaining affairs of the four Debtors, confirmed that the Estates of the Debtors are jointly administered and provided that the effective date of the Plan of Liquidation would be June 29, 2018.

During this reporting period, the following Chapter 11 administrative expense payments were made:

| | |
|---|---:|
| Professional Fees (Final Fee Applications): | |
| Akerman, LLP | $ 386,081.00 |
| Baker & McKenzie, LLP | 90,563.33 |
| Sessions, Fishman et al | 56,848.54 |
| Bridgepoint Consulting | 45,214.12 |
| Richard Amsberry, PC | 16,067.41 |
| Taxes: | |
| IRS - 2017 Form 1120 | 33,393.00 |
| Texas Comptroller - 2018 franchise tax | 25,849.83 |
| | **$ 654,017.23** |