**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

**FOR POST CONFIRMATION USE**

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILIATION

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

**RESPONSIBLE PARTY:**

Original Signature of Responsible Party

Printed Name of Responsible Party — Dennis Faulkner

Title — Trustee

Date — 4/16/19

**PREPARER:**
Lain, Faulkner & Co., P.C.
Original Signature of Preparer

Printed Name of Preparer — D. Keith Enger

Title — Accountant for Trustee

Date — 4/16/19

# POST CONFIRMATION
# QUARTERLY OPERATING REPORT

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

**PERIOD COVERED: Quarter Ending March 31, 2019**

| | Williams Financial Group, Inc. 17-33578 | FINAL WFG Management Services 17-33579 | WFG Investments, Inc. 17-33580 | FINAL WFG Advisors, LP 17-33581 | TOTAL |
|---|---|---|---|---|---|
| **1. BEGINNING OF PERIOD CASH BALANCE:** | | | | | **3,763,422.63** |
| **CASH RECEIPTS:** | | | | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | | | | |
| (a). Cash receipts - from Debtor | | | | | - |
| (b). Cash receipts - Pre-Confirmation Adjustment | | | | | - |
| (c). Cash receipts - from I/C Claim Payments | 18,295.96 | 194.20 | 13,563.15 | - | 32,053.31 |
| (d). Cash receipts - from Commissions | 529.79 | | 5,963.37 | 70.36 | 6,563.52 |
| (e). Cash receipts - from refunds | | | 69.37 | | 69.37 |
| **2. TOTAL CASH RECEIPTS** | **18,825.75** | **194.20** | **19,595.89** | **70.36** | **38,686.20** |
| **CASH DISBURSEMENTS:** | | | | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | | | | |
| (1). Administrative | 5,780.80 | | 200.00 | 200.00 | 6,180.80 |
| (2). Secured Creditors | 81.07 | 73,244.44 | - | - | 73,325.51 |
| (3). Priority Creditors | | | 15,919.69 | | 15,919.69 |
| (4). Unsecured Creditors | | | | 117,539.29 | 117,539.29 |
| (5). Additional Plan Payments | | | | | - |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | | | | - |
| (1). General Business | | | 239,361.36 | 59,583.73 | 298,945.09 |
| (2). Other Disbursements (U.S. Trustee Fees) | 325.00 | 975.00 | 4,551.19 | 2,600.51 | 8,451.70 |
| **3. TOTAL DISBURSEMENTS THIS QUARTER** | **6,186.87** | **74,219.44** | **260,032.24** | **179,923.53** | **520,362.08** |
| **4. CASH BALANCE END OF QUARTER** Line 1 - Plus Line 2 - Minus Line 3 = Line 4 | | | | | **3,281,746.75** |

# POST CONFIRMATION QUARTERLY BANK RECONCILEMENT

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending March 31, 2019**

| | Bank Reconciliations | Account # 1 | Account # 2 | Other Accounts (Attach List) | TOTAL |
|---|---|---|---|---|---|
| A. | Bank | Bank of America | Plains Capital | | |
| B. | Account Number | 5692 | 6239 | | |
| C. | Purpose (Type) | Operating | Debtor In Possession | | |
| 1. | Balance Per Bank Statement | 3,287,143.22 | CLOSED | | 3,287,143.22 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | (5,396.47) | | | (5,396.47) |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 3,281,746.75 | - | | 3,281,746.75 |
| 6. | Number of Last Check Written | 3131 | | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 3,281,746.75 |

| | CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | Total Cash Investments | | | |

| | | | |
|---|---|---|---|
| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | 3,281,746.75 **** |

****Must tie to Line 4, Quarterly Operating Report

# POST CONFIRMATION
# QUARTERLY BANK RECONCILEMENT

SUPPLEMENT 1

**CASE NAME: Williams Financial Group, Inc., et al.**

**CASE NUMBER: 17-33578-HDH-11**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending March 31, 2019**

| Bank Reconciliations | | Account # 3 | Account # 4 | Account # 5 | |
|---|---|---|---|---|---|
| A. | Bank | Plains Capital | Plains Capital | Plains Capital | |
| B. | Account Number | 6197 | 6148 | 7900 | **TOTAL** |
| C. | Purpose (Type) | Debtor In Possession | Debtor In Possession | Debtor In Possession | |
| 1. | Balance Per Bank Statement | CLOSED | - | | - |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | | | |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | - | - | - | - |
| 6. | Number of Last Check Written | | | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | |

| | CASH IN: INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | Value |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | Total Cash Investments | | | | |
| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | - |
| | | | | | **** |

****Must tie to Line 4, Quarterly Operating Report



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2019**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| WFG ADVISORS, L. P.[1] | § | |
| | § | Case No. 17-33581-HDH |
| | § | |
| Debtor. | § | |
| | § | |

## FINAL DECREE

CAME ON FOR CONSIDERATION the *Motion for Entry of Final Decree and Closing of WFG Advisors, L.P. Case* ("**Motion**") [Docket No. 46] filed by Dennis Faulkner, the duly appointed Liquidating Trustee of the WFG Liquidating Trust (the "**Trustee**") in the above-captioned (the "**Bankruptcy Case**"), seeking the entry of a final decree closing this case and granting related relief; and the Court, having considered (i) the Motion and the record in this case,

---

[1] This case was administratively consolidated with the related case of Williams Financial Group, Inc. under Case No. 17-

1

(ii) that sufficient notice has been provided and no objections have been filed, and (iii) that the United States Trustee has reviewed the Motion and has no opposition, hereby finds that the relief requested therein should be granted. Accordingly, it is therefore,

**ORDERED, ADJUDGED,** and **DECREED** that the Motion is GRANTED; it is further,

**ORDERED** that the Trustee is hereby released and discharged of any further obligations with respect to the administration of this Bankruptcy Case and his obligations under the Joint Plan and Trust Agreement (as defined in the Motion) with respect to this estate; <u>provided</u>, <u>however</u>, the Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion and this Order and to complete the administration of the Trust; and it is further,

**ORDERED** that, with the exception of the quarterly fees for the first quarter of 2019 which shall be paid at or about the time of filing of the Quarterly Report, no further U.S. Trustee quarterly fees shall be due and owing unless otherwise ordered by the Court; and it is further,

**ORDERED** that entry of this Final Decree is without prejudice to the rights of the Trustee to seek to reopen this case for good cause shown pursuant to 11 U.S.C. § 350(b); and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree; and it is further,

**ORDERED** that the Clerk's Office is hereby ordered and directed to close this Bankruptcy Case immediately.

### END OF ORDER ###

---

33578-hdh11, but this Final Decree pertains only to the estate of WFG Advisors, L.P.

Submitted by:

Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
jmarshall@marshalllaw.net

Attorney for Dennis Faulkner,
The Liquidating Trustee

3



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2019**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WFG MANAGEMENT SERVICES, INC.[1] | § § | Chapter 11 |
| | § § | Case No. 17-33579-HDH |
| Debtor. | § § § | |

## FINAL DECREE

CAME ON FOR CONSIDERATION the *Motion for Entry of Final Decree and Closing of WFG Management Services, Inc. Case* ("**Motion**") [Docket No. 39], filed by Dennis Faulkner, the duly appointed Liquidating Trustee of the WFG Liquidating Trust (the "**Trustee**") in the above-captioned (the "**Bankruptcy Case**"), seeking the entry of a final decree closing this case and granting related relief; and the Court, having considered (i) the Motion and the record in this case, (ii) that sufficient notice has been provided and no objections have been filed, and (iii) that the United States Trustee has reviewed the Motion and has no opposition, hereby finds that the relief requested therein should be granted.  Accordingly, it is therefore,

---

[1] This case was administratively consolidated with the related case of Williams Financial Group, Inc. under Case No. 17-33578-hdh11, but this Final Decree pertains only to the estate of WFG Management Services, Inc.

**ORDERED, ADJUDGED,** and **DECREED** that the Motion is GRANTED; it is further,

**ORDERED** that the Trustee is hereby released and discharged of any further obligations with respect to the administration of this Bankruptcy Case and his obligations under the Joint Plan and Trust Agreement (as defined in the Motion) with respect to this estate; <u>provided</u>, <u>however</u>, the Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion and this Order and to complete the administration of the Trust; and it is further,

**ORDERED** that, with the exception of the quarterly fees for the first quarter of 2019 which shall be paid at or about the time of the filing of the Quarterly Report, no further U.S. Trustee quarterly fees shall be due and owing unless otherwise ordered by the Court; and it is further,

**ORDERED** that entry of this Final Decree is without prejudice to the rights of the Trustee to seek to reopen this case for good cause shown pursuant to 11 U.S.C. § 350(b); and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree; and it is further,

**ORDERED** that the Clerk's Office is hereby ordered and directed to close this Bankruptcy Case immediately.

### END OF ORDER ###

Submitted by:

Joe E. Marshall
Texas Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
(214) 579-9173
jmarshall@marshalllaw.net

Attorney for Dennis Faulkner,
The Liquidating Trustee